UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISHA Z., | : | Case No. 2:25-cv-00396 |
| | : | |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This Social Security case is presently before the Court on the parties' Joint Motion for Remand for Further Proceedings (Doc. No. 10). The parties agree that this Court should enter a judgment remanding the matter to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g). The parties further agree that upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, offer another administrative hearing, and then issue a new decision.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion for Remand for Further Proceedings (Doc. No. 10) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3.       This matter is **REMANDED** to the Social Security Administration, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Motion; and

4.       The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

                                       *s/ Caroline H. Gentry*
                                       Caroline H. Gentry
                                       United States Magistrate Judge